UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISAIAH SCHUBERT, <br><br> Plaintiff, <br><br> v. <br><br> CHERYL STRANGE, *et al.*, <br><br> Defendants. | CASE NO. 2:21-cv-01070-RJB-JRC <br><br> ORDER DENYING MOTION TO STAY AND GRANTING EXTENSION |

This matter is before the Court on plaintiff's motion to stay. Dkt. 43. Defendants have not responded to the motion, which is ripe for the Court's decision.

Plaintiff requests that the Court stay this matter because (1) the facility library has been (and remains) closed due to a COVID-19 outbreak and (2) plaintiff wishes to await further proceedings in a related matter in which the Court has appointed counsel. *See* Dkt. 43, at 1–2. Plaintiff asks that the Court stay this matter until counsel in the related matter "decides if the[se] cases will be joined as a Class Action" and until the law library opens. *See* Dkt. 43, at 3.

Regarding the first reason, the Court has been unable to locate counsel to represent plaintiff in the related matter. The Court declines to stay or grant any extensions in this matter on this basis.

Regarding the second reason, plaintiff asks for a stay without an endpoint on a certain date. The Ninth Circuit strongly disfavors indefinite or long stays. *See, e.g.*, *Dependable Highway Express, Inc. v. Navigators Ins. Co.*, 498 F.3d 1059 (9th Cir. 2007) ("Generally, stays should not be indefinite in nature."). Therefore, the Court denies the request for a stay but will grant a 42-day extension of the following deadlines. Plaintiff may file a motion for an extension upon an appropriate future showing.

The scheduling order in this matter is amended as follows:

| Event | Prior Date | New Date |
| --- | --- | --- |
| Deadline to file any motion to compel discovery | April 15, 2022 | May 27, 2022 |
| Completion of discovery | April 29, 2022 | June 10, 2022 |
| Dispositive motions shall be filed and served on or before | May 13, 2022 | June 24, 2022 |

Except as amended herein, the parties shall comply with the scheduling order previously entered in this matter. Dkt. 37.

Dated this 16th day of March, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER DENYING MOTION TO STAY AND
GRANTING EXTENSION - 2